DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL DAMIANO,**
Appellant,

v.

**WELLS FARGO BANK, N.A.,**
a national banking association,
Appellee.

No. 4D17-791

[December 14, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2016CA000697.

Nicolás A. Apfelbaum of Apfelbaum Law, Port St. Lucie, for appellant.

J. Jay Thornton and Alissa M. Ellison of GrayRobinson, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***